IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LONNIE DELMAR GADSON,<br>TDCJ No. 01992232,<br><br>    Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>    Respondent. | §§§§§§§§§§§§§ | Civil Action No. 7:19-cv-00030-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge.

Accordingly, the **Clerk of Court** is hereby directed to administratively close this case pursuant to Petitioner's request for dismissal without prejudice.

**SO ORDERED** this 13th day of July, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE